UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-50616 |
| Plaintiff - Appellee, | D.C. No. 2:08-cr-00559-VBF-1 Central District of California, Los Angeles |
| v. | |
| XAVIER FRANKLIN, a.k.a. Zaybo, | ORDER |
| Defendant - Appellant. | |

Before:     LEAVY, PAEZ, and BEA, Circuit Judges.

Franklin's unopposed motion, filed May 1, 2012, to withdraw this court's memorandum disposition, filed April 25, 2012, is granted. Amy Fan, Esq., shall continue as counsel of record for Franklin.

Franklin's unopposed motion to stay proceedings, filed April 20, 2012, is granted.

On or before October 1, 2012, the parties shall file a joint status report to this court.